IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| GANVIK, BIANCA M., | ) | CASE NO. 17 B 29135 |
| DEBTOR. | ) | |
| | ) | HEARING DATE:  Thursday, March 8, 2018 |
| | ) | HEARING TIME:   10:00 A.M. |
| | ) | |
| | ) | HONORABLE LaSHONDA A. HUNT |
| | ) | U.S. BANKRUPTCY JUDGE |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **March 8, 2018**, at the hour of **10:00 a.m.**, I shall appear before the Honorable LaShonda A. Hunt, United States Bankruptcy Judge, or any Judge sitting in her stead, in Courtroom 719, 219 South Dearborn Street, Chicago, Illinois, and then and there present **TRUSTEE'S MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**.

/s/ Karen R. Goodman
Karen R. Goodman, Trustee

Karen R. Goodman, Esq. (# 1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Phone: (312) 527-4000
Fax: (312) 966-8480

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| GANVIK, BIANCA M., | ) CASE NO. 17 B 29135 |
| | ) |
| DEBTOR. | ) HEARING DATE:  Thursday, March 8, 2018 |
| | ) HEARING TIME:  10:00 A.M. |
| | ) |
| | ) HONORABLE LASHONDA A. HUNT |
| | ) U.S. BANKRUPTCY JUDGE |

### TRUSTEE'S MOTION TO DISMISS DEBTOR

### WITH NOTICE UNDER LOCAL RULE 2002-1

Karen R. Goodman, Trustee, ("Trustee") respectfully represents unto this Court as follows:

1. She was appointed Trustee by the United States Trustee for the Northern District of Illinois, Eastern Division.

2. The December 6, 2017, meeting of creditors in this case was continued to December 20, 2017, because the Debtor failed to send required documents to Trustee for review prior to the meeting as requested. Debtor failed to appear for examination pursuant to 11 U.S.C. Section 341(a) on the continued date of December 20, 2017, and , at attorney's request, the 341(a) meeting was continued once again to January 17, 2018. Debtor again failed to appear to testify.

3. Because of Debtor's failure to appear at a 341(a) meeting of creditors for examination, Debtor is not entitled to relief pursuant to 11 U.S.C. Chapter 7.

4. The Trustee requests that the time to object to the Debtor's discharge under 11 U.S.C. Section 727 be extended to and include March 14, 2018, in the event that Debtor appears at the hearing on this Motion and requests a continuance hereof.

5.    In the event that the Debtor appears at the hearing on this motion and requests an additional opportunity to appear at a meeting of creditors in this case, the Trustee requests payment of $150.00 to reset the meeting of creditors due to the time expended in connection with the filing of and appearance on this motion.

6.    The Trustee further requests that any Discharge Order entered in the interim be vacated.

WHEREFORE, Karen R. Goodman, Trustee, respectfully requests the entry of an Order dismissing this case.

Respectfully submitted,

/s/ Karen R. Goodman
Karen R. Goodman, Trustee

Karen R. Goodman, Esq. (# 1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Phone: (312) 527-4000
Fax: (312) 966-8480
kgoodman@taftlaw.com

21995944.1